

**CAPOZZI & ASSOCIATES, P.C., Petitioner**

v.

**BRADFORD COUNTY, Chester County, Pleasant Ridge Manor, Respondents.**

Supreme Court of Pennsylvania.

June 30, 2011.

### ORDER

PER CURIAM.

**AND NOW,** this 30th day of June, 2011, the Petition for Allowance of Appeal and Application for Leave to File to Strike Respondents' Answer to Petition for Allowance of Appeal are DENIED.

■

**K.E.M., Petitioner**

v.

**P.C.S., Respondent.**

Supreme Court of Pennsylvania.

July 12, 2011.

he litigated in his PCRA petition, without having to allege PCRA appellate counsel's ineffec-

### ORDER

PER CURIAM.

**AND NOW,** this 12th day of July, 2011, the Petition for Allowance of Appeal is **GRANTED.** The issues, are:

1. Whether the Superior Court of Pennsylvania erred by affirming the lower court finding that paternity by estoppel applies in the present case and precludes the petitioner/plaintiff/mother from pursuing paternity or support against the respondent/putative father?

2. Whether the doctrine of paternity by estoppel, as applied in Pennsylvania, should be maintained, revised, or abrogated in its entirety?